ACCEPTED
12-14-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/25/2015 5:25:56 PM
CATHY LUSK
CLERK

## NO. 12-14-00368-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **TWELFTH APPELLATE DISTRICT** |
| | § | |
| **JOHN CALVIN MARSHALL** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/25/2015 5:25:56 PM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes **John Calvin Marshall**, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2. The case below was styled the *STATE OF TEXAS vs. JOHN CALVIN MARSHALL*, and numbered CR11-00070.

3. Appellant was convicted of Burglary of a Habitation with Intent to Commit Sexaul Assault.

4. Appellant was assessed a sentence of 25 years TCDJ-ID on October 3, 2014.

5. Notice of appeal was given on December 30, 2014.

6. The clerk's record was filed on January 30, 2015; the reporter's record was filed on March 2, 2014 and a supplement was filed on March 24, 2015.

7. The appellate brief is presently due on April 1, 2015.

8. Appellant requests an extension of time of 30 days from April 1, 2015

9. No extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

A supplement to the Reporter's Record was filed with the Court of Appeals. The supplement is a volume of Appellant's Motion to Suppress presented to and ruled on by the trial court. Appellant will need to review the volume and determine if the denial of Appellant's motion to suppress will be included as a point of error in his brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Dean White,
Attorney at Law
690 West Dallas
P.O. Box 155
Canton, Texas 75103
Tel: (903) 567-4155
Fax: (903) 567-4964
Email: dwatty@etcable.net


By: /s/ Dean White
**Dean White**
State Bar No. 21299500
Attorney for John Calvin Marshall

## CERTIFICATE OF SERVICE

This is to certify that on March 25, 2015, a true and correct copy of the above and foregoing document was served on Chris Martin, Criminal District Attorney, Van Zandt County, 400 S. Buffalo, Canton, Texas 75103, by electronic service through the Electronic Filing Manager, to chrismartin@vanzandtcounty.org.


/s/ Dean White
**Dean White**

**STATE OF TEXAS**                              §
                                                §
**COUNTY OF VAN ZANDT**                          §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Dean White, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
**Dean White**
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _March 25_, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

BECKY LYNN KANOFF
Notary Public
STATE OF TEXAS
My Comm. Exp. November 21, 2016